Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770
(619) 297-1022
Attorneys for Brandon Lo

Laura K. Christa
lchrista@christalaw.com
Christa & Jackson
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 282-8040
Fax No.: (310) 282-8241
Attorneys for Defendants
Oxford European Motors, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON LO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>                    **PLAINTIFF,**<br><br>**V.**<br><br>**OXNARD EUROPEAN MOTORS, LLC D/B/A MERCEDES BENZ OF OXNARD, AND OXNARD MB, LLC, D/B/A MERCEDES BENZ OF OXNARD & SMART CENTER OF OXNARD,**<br><br>                    **DEFENDANT.** | Case No: 11CV1009-JLS-MDD<br><br>CLASS ACTOIN<br><br>JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT<br><br><br><br>**HON. JANIS L. SAMMARTINO**<br>**COURTROOM 6** |

        //

Plaintiff, Brandon Lo, and defendant, Oxnard European Motors, LLC d/b/a Mercedes Benz of Oxnard ("Oxnard European Motors") and Oxnard MB, LLC d/b/a Mercedes Benz of Oxnard & Smart Center of Oxnard ("Oxnard MB"), (hereinafter jointly referred to as the "Parties"), file this Joint Motion for Preliminary Approval of Class Action Settlement Agreement.

Specifically, through this Motion, the parties move jointly for leave to file a First Amended Complaint, certification of a settlement class, appointment of class counsel and class representatives, preliminary approval of their proposed settlement, and approval of their proposed plan to provide notice to the class. This motion is made on the following grounds:

(1) the proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only; and

(2) the proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate, and hence, warrants preliminary approval.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The Parties' motion is based on the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matters as may be presented to the Court at the time of the hearing.

Respectfully Submitted,

s/ Joshua B. Swigart, Esq.
_____
Joshua B. Swigart, Esq. (CSB No. 225557)
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (CSB: No. 249203)
Kazerouni Law Group APC
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Douglas J. Campion, Esq. (BSB No.75381)
Law Offices of Douglas J Campion
409 Camino Del Rio South, Ste. 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for Plaintiff and the Settlement Class

s/ Laura Kassner Christa, Esq.
_____
Laura K. Christa, Esq. (CSB No: 97319)
Christa & Jackson
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-6002
(310) 282-8040
(310) 282-8421 (fax)

Attorneys for Defendants