Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Class Counsel

Laura Kassner Christa (SBN: 97319)
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-6002
Telephone: (310) 282-8040
Facsimile:   (310) 282-8421

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brandon Lo**, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>**Oxnard European Motors, LLC, d/b/a Mercedes Benz of Oxnard, and Oxnard MB, LLC, d/b/a Mercedes Benz of Oxnard & Smart Center of Oxnard,**<br><br>                    Defendants. | Case No: 11-CV-1009-JLS-MDD<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR JOINT MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>THE HON. JANIS L. SAMMARTINO<br>COURTROOM 6 (3RD FL.)<br><br>DATE: MAY 25, 2012<br>TIME: 2:00 P.M. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Parties to the action are jointly moving for Final Approval of Class Action Settlement on May 25, 2012 at 2:00 p.m. at the U.S. District Court, 940 Front Street, San Diego, CA 92101 before the Hon. Janis L. Sammartino, Courtroom 6.

This motion is made on the grounds that the settlement is in the best interests of the Class Members and the terms of the settlement are within the range of approval.

This motion is based on this Notice of Joint Motion and Motion, the Memorandum of Points and Authorities, the declarations of Class Counsel and the Claims Administrator, and the complete files and records in this action.

Date:  May 3, 2012

s/ Joshua B. Swigart_____

Joshua B. Swigart, Esq. (SBN: 225557)
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA  92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Class Counsel

/s/ Laura Kassner Christa_____
Laura Kassner Christa (SBN: 97319)
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-6002
Telephone: (310) 282-8040
Facsimile:   (310) 282-8421

Attorneys for Defendant